1  RICK D. ROSKELLEY, ESQ., Bar # 3192
   NOEL E. EIDSMORE, ESQ., Bar # 7688
2  LITTLER MENDELSON
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, NV  89169-5937
4  Telephone:      702.862.8800
   Fax No.:         702.862.8811
5
   Attorneys for Defendant
6  MTR Gaming Group, Inc.

7  IVY GAGE, ESQ.
   THE GAGE LAW FIRM
8  Summergate Corporate Center
9  7674 West Lake Mead Blvd., Suite 108
   Las Vegas, NV 89128
10
   Attorney for Plaintiff
11 LaDonna Smith

12                          UNITED STATES DISTRICT COURT

13                                DISTRICT OF NEVADA

14

15 | LADONNA SMITH,                          | Case No. 2:11-cv-00765-GMN-CWH

16 |                    Plaintiff,

17 | vs.                                     | **STIPULATION AND ORDER TO DISMISS
   |                                         | ENTIRE ACTION WITH PREJUDICE**
18 | SPEAKEASY GAMING OF FREMONT,
   | INC., a Nevada Corporation, dba
19 | BINION'S GAMBLING HALL & HOTEL
   | aka BINION'S GAMBLING HALL &
20 | CASINO; MTR GAMING GROUP, INC.,
   | a Foreign Corporation, dba BINION'S
21 | GAMBLING HALL & HOTEL aka
   | BINION'S GAMBLING HALL &
22 | CASINO; and DOES I-X inclusive,

23 |                    Defendants.

24

25         The parties, Plaintiff LADONNA SMITH and Defendants SPEAKEASY GAMING OF

26 FREMONT, INC., by and through their respective counsel of record, have entered into a Settlement

27 Agreement and hereby stipulate and respectfully request an order dismissing with prejudice all

28 claims filed in this matter against Defendants Speakeasy Gaming of Fremont, Inc., and any affiliated

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

1    subsidiaries and entities.

2         Each party shall bear its own costs and fees for the claims and causes of action dismissed by

3    this Stipulation and Order.  This Stipulation and Order disposes of this matter in its entirety.

4

5    Dated:  December __13__, 2011          Dated:  December _____, 2011

6    Respectfully submitted,                Respectfully submitted,

7

8    _____          /s/ Noel E. Eidsmore, Esq.
                                           _____
9    IVY GAGE, ESQ.                         RICK D. ROSKELLEY, ESQ.
     THE GAGE LAW FIRM                      NOEL E. EIDSMORE, ESQ.
                                           LITTLER MENDELSON
10
     Attorneys for Plaintiff
     LaDonna Smith                          Attorneys for Defendant
11                                          Speakeasy Gaming of Fremont, Inc.

12

13        **IT IS SO ORDERED** this 29th day of December, 2011.

14

15

16        _____
          Gloria M. Navarro
17        United States District Judge

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.